UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Ismet Korac

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-mj-10991

Defendant Ismet Korac hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

/s/ Ismet Korac
Defendant's Signature by permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

_____
Print Defendant's Name

Geoffrey Stewart
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/14/20
Date

U.S. District Judge/U.S. Magistrate Judge