## UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 12/3/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                    **SCHEDULING ORDER**

   -against-                                 20-mj-10991-UA

Ismet Korac
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for 12/4/2020 at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  December 3, 2020
          White Plains, New York

                                         SO ORDERED:

                                         s/      PED
                                         _____

                                         PAUL E. DAVISON
                                         United States Magistrate Judge