UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Ismet Korac
                Defendant(s).

-------------------------------------------------------------X

Defendant Ismet Korac hereby voluntarily consents to participate in the following proceeding via
  ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☒      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel

_Ismet Korac_ by counsel
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Ismet Korac_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Geoffrey Stewart_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/4/20
Date
Judge

U.S. District Judge/U.S. Magistrate